IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TIMOTHY POSTELL, | : | |
| Petitioner | : | |
| VS. | : | 1 : 05-CV-96 (WLS) |
| CARL HUMPHREY, Warden, | : | |
| Respondent. | : | |

**RECOMMENDATION**

Presently pending in this 28 U.S.C. § 2254 action is the petitioner's Motion for Summary Judgment. Inasmuch as the undersigned has issued a recommendation on the respondent's pending Motion to Dismiss, petitioner's Motion for Summary Judgment has been rendered moot. Accordingly, it is the recommendation of the undersigned that petitioner's motion be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 11th day of August, 2006.

    /s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb